ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
NO. 3:09cv-979-S

ANTHONY POMBO, *Plaintiff*

vs.  **COMPLAINT**

CAN, INC., *Defendant*

\* \* \* \* \* \* \*

NOW COMES Plaintiff, ANTHONY POMBO ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., alleges and states the following against Defendant, CAN, INC., ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Kentucky, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Louisville, Kentucky.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency headquartered in Louisville, Kentucky.

## FACTUAL ALLEGATIONS

11. Defendant places constant and continuous collection calls to Plaintiff seeking and demanding payment for an alleged debt owed for a dentist bill.

12. Defendant constantly and continuously places collection calls to the number (401) 739-1251 from the number (502) 491-9946.

13. Defendant places between 3-4 collection calls each day seeking and demanding payment for the alleged consumer debt.

14. Defendant threatened to file a lawsuit against Plaintiff while seeking and demanding payment for the alleged consumer debt. Specifically, Defendant stated "I am

going to take you to court" while seeking payment. To date, no lawsuit has been filed.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(1)* of the FDCPA by communicating with Plaintiff in connection with the collection of a debt at a time or place known or which should be known to be inconvenient to Plaintiff.

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

   c. Defendant violated *§1692d(5)* of the FDCPA by causing the phone to ring repeatedly or engaging Plaintiff in telephone conversations repeatedly.

   d. Defendant violated *§1692e* of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

   e. Defendant violated *§1692e(2)(A)* of the FDCPA by falsely representing the character, amount, and legal status of Plaintiff's alleged consumer debt.

   f. Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that cannot legally be taken or is not intended to be taken.

   g. Defendant violated *§1692e(10)* of the FDCPA by using false and deceptive means in an attempt to collect a debt.

WHEREFORE, Plaintiff, ANTHONY POMBO, respectfully requests judgment be entered against Defendant, CAN, INC., for the following:

   a. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,
   b. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

  c. Actual damages,
  d. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*
  e. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff, ANTHONY POMBO, demands a jury trial in this case.

Respectfully Submitted,    **KROHN & MOSS, LTD**

        BY: /s/Lee Cassie Yates_____
          120 W. Madison Street, 10th Floor
          Chicago, IL  60602
          Telephone; (312) 578-9428
          Facsimile: (866) 289-0898

          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been electronically filed through the ECF system this the 16th day of December, 2009, which will send a notice of electronic filing to all parties' counsel in the electronic filing system in this case.

                                                /s/Lee Cassie Yates_____
                                                Attorney for Plaintiff

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ANTHONY POMBO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_12/16/2009_
Date

_Anthony Pombo_
ANTHONY POMBO