ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
NO. 3:09-cv-00979-CRS

ANTHONY POMBO,                                                                            *Plaintiff*

vs.                                    **NOTICE OF SETTLEMENT**

CAN, INC.,                                                                                *Defendant*

\* \* \* \* \* \* \*

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ANTHONY POMBO and Defendant, CAN, INC., stipulate, and the Court hereby orders, as follows:

1.  The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ANTHONY POMBO, against Defendant, CAN, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: February 4, 2010

Respectfully Submitted,

**KROHN & MOSS, LTD**
120 W. Madison Street, 10th Floor
Chicago, IL  60602
Telephone; (312) 578-9428
Facsimile: (866) 289-0898

BY:   /s/Lee Cassie Yates
         Attorney for Plaintiff